Ex. No. 1459. STATE *ex rel.* JOSEPH R. CONGDON *v.* DAVID J. DRAKE. Motion of defendant to assign for hearing is denied.

*Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

Ex. No. 1581. STATE *v.* LAWRENCE D. DURRELL. Motion of defendant to assign for hearing is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.